MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARILYN COOK,<br>  aka Marilyn Powell,<br>  aka Marilyn Arinze,<br>  aka Marilyn Sunset,<br><br>Defendant. | CASE NO. 2:19-CR-0124 TLN<br><br>18 U.S.C. § 1341 – Mail Fraud (6 counts); 18 U.S.C. § 1017 – Government Seals Wrongfully Used (1 count); 18 U.S.C. § 1028A(a) – Aggravated Identity Theft (1 count); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNTS ONE THROUGH SIX: [18 U.S.C. § 1341 – Mail Fraud]

The Grand Jury charges:

MARILYN COOK,
aka Marilyn Powell,
aka Marilyn Arinze,
aka Marilyn Sunset,

defendant herein as follows:

**INTRODUCTION**

At all relevant times alleged in this Indictment:

1.      Marilyn Cook was a resident of the state of Tennessee and used the alias Marilyn Sunset.

2.      California's Unclaimed Property Law, CAL. CODE CIV. PROC. § 1500 et seq., required

financial institutions, businesses, and certain other entities to annually report and deliver specified personal property located in the state of California, or owned by a California resident, to the California State Controller's Office (hereinafter "State Controller's Office") after there had been no activity on the account or contact with the property owner for the period of time specified by law. Types of unclaimed property that were required to be delivered to the State Controller's Office included, but were not limited to, bank accounts, stocks, bonds, uncashed checks, insurance benefits, wages, and safe deposit box contents.

3. The State Controller's Office, through its Unclaimed Property Division, assumed custody of this lost or forgotten property and safeguarded it until the rightful owner claimed it. Property held by the State Controller's Office, Unclaimed Property Division was assigned a unique "Property ID Number."

4. The State Controller's Office maintained a publicly available and searchable database of the unclaimed property in its custody. This database was accessible through the State Controller's Office, Unclaimed Property Division's website. Members of the public could search for unclaimed property by searching under the name of the property owner or Property ID Number.

5. If a claimant identified property in his or her name, or property that a claimant was otherwise authorized to claim, the claimant could click the Property ID Number to bring up a Property Details page, which contained information about the property and a printable copy of a Claim Affirmation Form. Each property was linked to a Claim Affirmation Form that was coded with a unique claim identification number for claim tracking purposes.

6. To claim unclaimed property that was in the custody of the State Controller's Office, a claimant needed to complete the Claim Affirmation Form. The Claim Affirmation Form required a claimant to provide his or her name; social security number, tax identification number, or Federal Employer Identification Number; and a current mailing address, among other information. The claimant also had to sign the form certifying under penalty of perjury that the claimant had read the claim, knew the contents of the claim, and was the owner of the claim and the person entitled to receive the money and property set forth in the claim. The Claim Affirmation Form had to be notarized in certain circumstances, including when the value of the claim was $1,000 or greater or when the claim was for

securities or safe deposit box contents.

7. Claimants could claim multiple properties by filing one Claim Affirmation Form and attaching a copy of the "Property Details" page for each property being claimed.

8. In certain instances, in addition to a completed Claim Affirmation Form, a claimant was required to submit additional documentation in support of their claim. For example, if property was being claimed on behalf of a government agency, the claimant was required to submit, among other things, a "Letter of Authorization" from an agency official, on agency letterhead, authorizing the agent or officer to claim property on behalf of the agency, and a copy of the claimant's agency issued photo identification card, or if that was not available, a Driver License or state issued identification card.

9. Property belonging to a business could be claimed by an individual with signatory authority for the business entity, such as an officer, manager, general partner, or sole proprietor. To claim property that belonged to a business, the claimant was required to submit, among other things, a copy of a current Driver License or state-issued photo identification card, as well as proof that the claimant had corporate authority for the entity, which could be shown with documents such as a corporate or company resolution, the most recent statement of information filed with the Secretary of State, an operating agreement, articles of organization, or other documents that prove corporate authority.

10. Claims for unclaimed property could be submitted via mail addressed to the State Controller's Office, Unclaimed Property Division, P.O. Box 942850, Sacramento, California 94250-5873.

11. When the State Controller's Office received a claim affirmation form and supporting documentation, it reviewed the documentation. If the State Controller's Office confirmed that the claimant was the rightful owner, the State Controller's Office would return the property to the claimant.

### I. SCHEME TO DEFRAUD

12. Beginning on or about August 4, 2014, and continuing to on or about September 8, 2014, in Sacramento County within the State and Eastern District of California and elsewhere, defendant MARILYN COOK knowingly devised, intended to devise, and participated in a material scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses,

representations, and promises.

13. The purpose of the scheme and artifice was to induce the California State Controller's Office, Division of Unclaimed Property, to release monies and property belonging to others, including but not necessarily limited to, the United States Marshals Service and Company 2, to defendant COOK.

14. In total, COOK submitted claims seeking approximately $250,000 in unclaimed property that did not belong to her and to which she had no right or authority to claim.

## II.   MANNER AND MEANS

In furtherance of the scheme and artifice to defraud, defendant MARILYN COOK employed among others, the following manner and means:

15. COOK submitted claim affirmation forms to the California State Controller's Office, Division of Unclaimed Property, for property belonging to others, wherein COOK, using the name Marilyn Sunset, signed under the penalty of perjury that she, either in her personal capacity or as the agent of Company 1, "[wa]s the person entitled to receive the money and property set forth in the claim."

16. Some of the claim affirmation forms submitted by COOK were notarized by a public notary.

17. In support of her claims, COOK submitted supporting documentation that had been forged and/or that contained false information and statements:

   a. In many instances, COOK submitted a California Secretary of State Statement of Information form for Company 1 that on the face of the document purported to have been filed with the Office of the Secretary of State of the State of California on August 10, 2014. The Statement of Information listed "Marilyn Y. Sunset" as the Chief Executive Officer, and Marilyn COOK as the Secretary and Chief Financial Officer of Company 1. In truth and fact, this Statement of Information had not been filed with the Secretary of State of the State of California, and none of the documents filed with the Secretary of State on behalf of Company 1 listed Marilyn Sunset or Marilyn Cook as the Chief Executive Officer, Secretary, Chief Financial Officer, or in any other role.

   b. In some instances, COOK submitted a letter dated June 12, 2014, that appeared to be on United States Department of Justice letterhead with the department seal affixed. The letter stated,

in part, "Dear Marilyn Y Sunset, I write to congratulate [Company 1], on the Contract for Services Award claiming and maintaining unclaimed property on behalf of the US Department of Justice/Agencies." It went on to state, "[I]n reference to unclaimed property held by various states and after a successful completion of our investigation into the allegations in reference to the unclaimed property held by various states it has been determined that there is a need for [Company 1] to claim and maintain unclaimed property on behalf of the US Department of Justice/Agencies." The letter falsely purported to be signed by Person 1, with the title of "Assistant Attorney General."

      c.    In other instances, COOK submitted a document falsely purporting to be a "Corporate Resolution and Certificate of Incubency [sic] of [Company 2]," which stated, in part, "The following individual (s) has been authorized to perform the duties of claiming unclaimed property on behalf of the corporation and is authorized to maintain the property for the corporation," and then identified Marilyn Y Sunset, CEO of [Company 1], as the authorized individual.

### III. MAILINGS

18.    On or about the dates set forth below, in the State and Eastern District of California, and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, and attempting to do so, defendant MARILYN COOK did knowingly cause to be sent or delivered by the Postal Service and by any private and commercial interstate carrier, the documents and items specified below, each of which were addressed and delivered to the California State Controller's Office, Unclaimed Property Division, P.O. Box 942850, Sacramento, California:

//
//
//
//
//
//
//
//
//

| Count | Approximate Postmark Date | Mail Matter |
|---|---|---|
| ONE | August 4, 2014 | Claims for Unclaimed Property mailed from Knoxville, TN with return address of Marilyn Sunset P.O. Box 5601, Knoxville, TN 37928 |
| TWO | August 11, 2014 | Claims for Unclaimed Property mailed from zip code 37701 with return address of Asset Liquidation Group Inc., P.O. Box 27473, Knoxville, TN 37928 |
| THREE | August 13, 2014 | Claims for Unclaimed Property mailed from Alcoa, TN 37701 with return address of Asset Liquidation Group Inc., P.O. Box 27473, Knoxville, TN 37927 |
| FOUR | August 14, 2014 | Claims for Unclaimed Property mailed from 37701 with return address of Asset Liquidation Group Inc., P.O. Box 27473, Knoxville, TN 37927 |
| FIVE | August 26, 2014 | Claims for Unclaimed Property mailed from, Knoxville, TN 37917 with return address of Asset Liquidation Group Inc., P.O. Box 27473, Knoxville, TN 37927 |
| SIX | August 26, 2014 | Claims for Unclaimed Property mailed from, Knoxville, TN 37918 with return address of Marilyn Sunset P.O. Box 5601, Knoxville, TN 37928 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT SEVEN: [18 U.S.C. § 1017 – Government Seals Wrongfully Used]

The Grand Jury further charges:  T H A T

MARILYN COOK,
aka Marilyn Powell,
aka Marilyn Arinze,
aka Marilyn Sunset,

defendant herein, as follows:

1.   Paragraphs 1 through 11 and 15 through 17 of Counts One through Six are re-alleged in full and hereby incorporated by reference.

2.   Sometime between on or about August 4, 2014, and on or about August 29, 2014, in the State and Eastern District of California, and elsewhere, COOK, with knowledge of its fraudulent character and with wrongful and fraudulent intent, used and transferred to another, a document and paper to which and upon which the seal of a department and agency of the United States had been fraudulently affixed and impressed, to wit:  a letter purporting to be from Individual 1 in Individual 1's capacity as an Assistant Attorney General that was sent via United States mail to the California State

INDICTMENT                                                  6

1  Controller's Office, Unclaimed Property Division in Sacramento, California, in violation of Title 18,

2  United States Code, Sections 2 and 1017.

3  COUNT EIGHT: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

4  The Grand Jury further charges:  T H A T

5  MARILYN COOK,
   aka Marilyn Powell,
6  aka Marilyn Arinze,
   aka Marilyn Sunset,
7

8  defendant, herein, sometime between on or about August 4, 2014, and on or about August 29, 2014, in

9  the State and Eastern District of California and elsewhere, did knowingly transfer, possess, and use

10 without lawful authority, a means of identification of another person, to wit: the name and signature of

11 Person 1 during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, 18

12 U.S.C. § 1341, knowing that the means of identification belonged to another actual person, in violation

13 of Title 18, United States Code, Sections 2 and 1028A(a)(1).

14

15 FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal
                            Forfeiture]
16

17  1.  Upon conviction of one or more of the offenses alleged in Counts One through Six of this

18 Indictment, defendant MARILYN COOK shall forfeit to the United States of America, pursuant to 18

19 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is

20 derived from proceeds traceable to such violations, including but not limited to the following: a sum of

21 money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

22  2.  If any property subject to forfeiture, as a result of the offenses alleged in

23 Counts One through Six of this Indictment, for which defendant is convicted:

24  a) cannot be located upon the exercise of due diligence;

25  b) has been transferred or sold to, or deposited with, a third party;

26  c) has been placed beyond the jurisdiction of the court;

27  d) has been substantially diminished in value; or

28  e) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT                                         7

1 | It is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to
2 | seek forfeiture of any other property of said defendant, up to the value of the property subject to
3 | forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*

MCGREGOR W. SCOTT
United States Attorney

No. 2:19 - CR - 0 1 2 4 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

MARILYN COOK, aka Marilyn Powell, aka Marilyn Arinze, aka Marilyn Sunset

### INDICTMENT

**VIOLATION(S):**   18 U.S.C. § 1341 – Mail Fraud (6 Counts); 18 U.S.C. § 1017 – Government Seals Wrongfully Used; 18 U.S.C. § 1028(a) – Aggravated Identity Theft; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 25th *day of* July *, A.D. 20* 19

*Clerk.*

*Bail, $*

**NO BAIL WARRANT**

GPO 863 525

2: 1 9 - CR - 0 1 2 4 TLN

## United States v. Marilyn Sunset
## Penalties for Indictment

**COUNTS 1-6:** MARILYN COOK aka MARILYN POWELL, MARILYN SUNSET, and MARILYN ARINZE

VIOLATION: 18 U.S.C. § 1341 – Mail Fraud
PENALTIES: Up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:** MARILYN COOK aka MARILYN POWELL, MARILYN SUNSET, and MARILYN ARINZE

VIOLATION: 18 U.S.C. §§ 1017 – Government Seals Wrongfully Used

PENALTIES: Up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100

**COUNT 8:** MARILYN COOK aka MARILYN POWELL, MARILYN SUNSET, and MARILYN ARINZE

VIOLATION: 18 U.S.C. § 1028A(a) – Aggravated Identity Theft

PENALTIES: Mandatory 2 years in prison to run consecutive to any other term imposed
Fine of up to $250,000, or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)

FORFEITURE ALLEGATION: MARILYN COOK aka MARILYN POWELL, MARILYN SUNSET, and MARILYN ARINZE

VIOLATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES: As stated in the Indictment