PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARILYN COOK,<br>    aka Marilyn Powell,<br>    aka Marilyn Arinze,<br>    aka Marilyn Sunset,<br><br>Defendant. | CASE NO. 2:19-CR-00124-TLN<br><br>[PROPOSED] ORDER GRANTING UNITED STATES'S MOTION FOR EXTENSION OF TIME<br><br>DATE: April 15, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

On March 16, 2021, plaintiff, the United States, requested an extension of time through and including April 7, 2021, to file its response or opposition to Defendant Cook's motion for bail review.

IT IS HEREBY ORDERED, that plaintiff's request to extend its filing deadline to April 7, 2021, is granted.

Dated: March 17, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE