HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
MARILYN COOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARILYN COOK, <br><br> Defendant. | Case No. 2:19-cr-00124-TLN-1 <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br><br> Date: July 15, 2021 <br> Time: 9:30 a.m. <br> Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Shelley Weger, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Marilyn Cook, **that the sentencing hearing scheduled for July 15, 2021 may be vacated and continued to July 29, 2021, at 9:30 a.m.**

The new schedule of disclosure would be as follows:

| | |
|---|---|
| Final PSR Disclosed: | July 8, 2021 |
| Formal Objections: | July 15, 2021 |
| Reply/Sentencing Memorandum: | July 22, 2021 |
| Sentencing: | July 29, 2021 |

Defense counsel requests a continuance of the sentencing hearing to July 29, 2021 to provide enough time for the defendant to gather additional records to assist with the production

of the final presentence report.  United States Probation Officer Janice Slusarenko has no objection to this continuance.  Since Ms. Cook has pleaded guilty to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

Dated:  June 17, 2021

                    HEATHER E. WILLIAMS
                    Federal Defender

                    */s/ Douglas Beevers*
                    DOUGLAS BEEVERS
                    Assistant Federal Defender
                    Attorney for Defendant
                    MARILYN COOK

Dated:  June 17, 2021

                    PHILLIP A. TALBERT
                    Acting United States Attorney

                    */s/ Shelley Weger*
                    SHELLEY WEGER
                    Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The July 15, 2021 sentencing hearing shall be continued until July 29, 2021, at 9:30 a.m., before District Judge Troy L. Nunley.

**IT IS SO ORDERED.**

Dated: June 17, 2021

Troy L. Nunley
United States District Judge