HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
MARILYN COOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00124-TLN-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| MARILYN COOK | Date: July 29, 2021 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Shelley Weger, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Marilyn Cook, **that the sentencing hearing scheduled for July 29, 2021 may be vacated and continued to August 26, 2021.**

The new schedule of disclosure would be as follows:

| | |
|---|---|
| Final PSR Disclosed: | July 29, 2021 |
| Formal Objections: | August 12, 2021 |
| Reply/Sentencing Memorandum: | August 19, 2021 |
| Sentencing: | August 26, 2021 |

Defense counsel requests a continuance of the sentencing hearing to August 26, 2021 so that the defendant can be interviewed by probation in person and to provide enough time for the

-1-

defendant to gather additional records that contain information defendant requests be included in the final presentence report. Both the Government and the United States Probation Officer Janice Slusarenko have no objection to this request for a continuance. Since Ms. Cook has pleaded guilty to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

Dated: July 8, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MARILYN COOK

Dated: July 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Shelley Weger*
SHELLEY WEGER
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The July 29, 2021 sentencing hearing shall be continued until August 26, 2021, at 9:30 a.m., before District Judge Troy L. Nunley.

**IT IS SO ORDERED.**

Dated: July 9, 2021

Troy L. Nunley
United States District Judge